IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

**UNITED STATES OF AMERICA**
　　　　　　　　　　Plaintiff,

v.

**ALCIDES ROMAN,**
　　　　　　　　　　Defendant.

Case No. 24-20064-DDC-ADM-1

## ARREST WARRANT

To:　　Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

ALCIDES ROMAN, who is accused of an offense or violation based on the following document filed with the court:

| [X] Indictment | [ ] Superseding Indictment | [ ] Information |
| [ ] Superseding Information | [ ] Complaint | [ ] Probation Violation Petition |
| [ ] Supervised Release Violation Petition | [ ] Violation Notice | [ ] Order of the Court |

This offense is briefly described as follows:

Cts. 1-8: 18 U.S.C. §§ 1343 and 2 – Wire Fraud;
Cts. 9-12: 18 U.S.C. §§ 1957 and 2 – Money Laundering;
Forfeiture Allegations

Date: 7/25/2024

City and State: Kansas City, KS

s/ J. Lolley, Deputy Clerk
*Issuing officer's signature*
Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) 7/25/24, and the person was arrested on (date) 7/?/24
at (city and state) Lebanon Tennessee.

Date: 7/?/24

*Arresting officer's signature*

FBI Special Agent Lucas McTaggart
*Printed name and title*